IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | } | | |
| Lonnie Jason Vaughn | } | Case No: | 15-41960-JJR |
| SSN: xxx-xx-4469 | | | |
| Melissa Peek Vaughn | | Chapter: | 13 |
| SSN: xxx-xx-2026 | | | |
| | } | | |
| Debtors. | } | | |

## NOTICE OF JOINT STIPULATION OF WITHDRAWAL OF AMENDED MOTION FOR APPROVAL OF LIMITED TERM LOAN MODIFICATION AGREEMENT (Doc. No. 38) FILED BY U.S. BANK TRUST, N.A. AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT

Comes now, U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT by and through its undersigned counsel of record, Sirote & Permutt, P.C., enters into a joint stipulation to withdraw its Amended Motion for Approval of Limited Term Loan Modification Agreement Filed 2/12/16.

Respectfully submitted,

/s/ Thomas G. Tutten, Jr.
Thomas G. Tutten, Jr. (TUT-003)
Attorney for Creditor

OF COUNSEL
SIROTE & PERMUTT, P.C.
P.O. Box 55887
Birmingham, Alabama 35255-5887
Telephone: 205-930-5325/ Fax (205) 212-3820
ttutten@sirote.com


AGREED TO AND APPROVED BY:

| | |
|---|---|
| /s/ Thomas G. Tutten, Jr. | /s/ Carla M. Handy |
| Thomas G. Tutten, Jr. | Carla M. Handy |
| Attorney for Creditor | Attorney for Debtor |
| Sirote & Permutt, P.C. | Bonds, Botes & Handy, P.C. |
| 2311 Highland Avenue South | P.O. Box 948 |
| Birmingham, AL 35205 | Gadsden, AL 35902 |
| (205) 930-5325 | (205) 485-0195 |

## CERTIFICATE OF SERVICE

I hereby certify in accordance with Fed. R. Bankr. P. 4001(a), 9014, and 7004 that a copy of the above and foregoing pleading was mailed, first class postage prepaid to the following:

Lonnie Jason Vaughn
Melissa Peek Vaughn
4533 Mount Oak Road
Arab, AL 35016

*Attached Creditor Matrix*

and served via electronic case management to:

Carla M. Handy
P. O. Box 948
Gadsden, AL 35902
kbeck@bondnbotes.com

Linda Baker Gore
P.O. Box 1338
Gadsden, AL 35902
ch13trustee@bellsouth.net

On this the __14__ day of __March__, 2016.

/s/ Thomas G. Tutten, Jr.
OF COUNSEL

```
Label Matrix for local noticing          U. S. Bankruptcy Court                    Advance America
1126-1                                   1129 Noble Street, Room 117               1446 N. Brindlee Mtn Parkway
Case 15-41960-JJR13                      Anniston, AL 36201-4674                   Arab, AL 35016-5431
NORTHERN DISTRICT OF ALABAMA
Anniston
Mon Mar 14 15:10:56 CDT 2016

Ally Financial                           Ally Financial                            Capital One
PO Box 130424                            Po Box 380901                             c/o PYOD LLC
Roseville MN 55113-0004                  Bloomington, MN 55438-0901                P.O. Box 19008
                                                                                   Greenville, SC 29602-9008


Capital One/HSBC                         Chase Bank (WAMU)                         Check 'n Go
c/o PRA Receivables Management           c/o Portfolio Investment I LLC            C/O Real Time Resolutions, Inc.
P.O. Box 41067                           25 SE 2nd Avenue, Ste. 1120               PO Box 566027
Norfolk, VA 23541-1067                   Miami, FL 33131-1605                      Dallas, TX 75356-6027


Check Into Cash                          Check Into Cash                           Check N Go
25 N. Brindlee Mtn. Parkway              Attn: Collections                         c/o Axcssfn
Arab, AL 35016-1318                      P.O. Box 550                              7755 Montgomery Rd Ste 4
                                         Cleveland, TN 37364-0550                  Cincinnati, OH 45236-4291


Citibank                                 Citibank/The Home Depot                   Citihealth
c/o Unifund CCR Partners/Zarzaur & Schwa C/O Oak Harbor Capital/Weinstein & Riley  Po Box 6497
2209 Morris Avenue                       2001 Western Avenue, Ste. 400             Sioux Falls, SD 57117-6497
Birmingham, AL 35203-4211                Seattle, WA 98121-3132


Complete Cash                            Cvcautosales                              DJ Orthopedics LLC
37 Golfview Dr. NE                       5215 US Hwy 431                           c/o Aargon Collection Agency
Arab, AL 35016-5467                      Albertville, AL 35950-0257                3025 West Sahara Ave
                                                                                   Las Vegas, NV 89102-6094


Elavon                                   Quantum3 Group LLC as agent for           Synchroncy/Belk
7300 Chapman Highway                     Sadino Funding LLC                        c/o Portfolio Recovery Assoc
Knoxville, TN 37920-6612                 PO Box 788                                P.O. Box 41067
                                         Kirkland, WA  98083-0788                  Norfolk, VA 23541-1067


US Bank Trust                            Unifund CCR Partners                      Verizon Wireless
c/o Caliber Home Loans                   c/o Zarzaur & Schwartz, PC                c/o Midland Funding by American Info
715 S. Metropolitan Avenue               PO Box 11366                              P.O. Box 4457
Oklahoma City, OK 73108-2088             Birmingham, Al 35202-1366                 Houston, TX 77210-4457


WFNNB/Kings Sizes                        Zale/Sterling Jewelers                    Carla M. Handy
c/o Quantum3 Group                       Attn.: Bankruptcy                         Bond, Botes & Handy, P.C.
P.O. Box 788                             Po Box 1799                               PO Box 948
Kirkland, WA 98083-0788                  Akron, OH 44309-1799                      Gadsden, AL 35902-0948


Linda Baker Gore                         Lonnie Jason Vaughn                       Melissa Peek Vaughn
NON-PAYMENTS: P.O. Box 1338              4533 Mount Oak Road                       4533 Mount Oak Road
Gadsden, AL 35902                        Arab, AL 35016-4635                       Arab, AL 35016-4635
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)CALIBER HOME LOANS, INC. | (u)U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 | End of Label Matrix |
| | | Mailable recipients   29 |
| | | Bypassed recipients    2 |
| | | Total                 31 |