# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

§

In Re:

**LONNIE JASON VAUGHN**
**MELISSA PEEK VAUGHN**
Debtor(s)

Case No. **15-41960**
Chapter 13

§

§

## AMENDED MOTION TO MODIFY PLAN

COMES NOW, Linda B. Gore, Chapter 13 Trustee, and moves to modify the debtor's plan as **CLAIM #7** has been filed by *U.S. BANK TRUST, N.A. AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC. AS ITS ATTORNEY IN FACT CALIBER HOME LOANS, INC* for **$4,890.77** Arrearage (which was not previously provided for) as a <u>Secured</u> arrearage claim to be paid in full. The plan payment will *remain as scheduled* for the remainder of the plan to pay this claim, make-up any delinquency that may exist and to insure the case pays out on time. The plan type will change from a base plan to a percentage plan. Unsecured creditors will receive 100%.

WHEREFORE, the Trustee prays that this modification will be GRANTED.

Date Prepared: JUL 2 4 2017

LINDA B. GORE, ESQUIRE
CHAPTER 13 STANDING TRUSTEE
P.O Box 1338
Gadsden, AL 35901
(256) 546-9262

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been duly served upon the debtor(s), the debtor(s), *Lonnie & Melissa Vaughn, 4533 Mount Oak Road, Arab, AL 35016 via US Mail*, the debtor(s) attorney of record, *Carla Handy, Esq. via electronic mail at chandy@bondnbotes.com* and, *U.S. Bank Trust, N.A. as Trustee for LSF9 Master Participation Trust, by Caliber Home Loans, Inc., as its attorney in fact Caliber Home Loans, 13801 Wireless Way, Oklahoma City, OK 73134 via US Mail* on this date and Thomas Tutten at ttutten@sirote.com via electronic mail on this date. July 26 2017

LINDA B. GORE, ESQUIRE
CHAPTER 13 STANDING TRUSTEE