LINDA B. GORE
STANDING CHAPTER 13 TRUSTEE
P. O. BOX 1338
GADSDEN, AL  35902-1338
PHONE (256) 546-9262

LETTER TO CEASE DEDUCTION

January 13, 2021

CULLMAN REGIONAL MEDICAL CENTER
1912 AL HWY 157
CULLMAN, AL  35058

In Re:  LONNIE JASON VAUGHN
         4533 MOUNT OAK ROAD
         ARAB, AL  35016

         Case No.: 15-41960
         SS No. XXX-XX-4469

Dear Sir or Madam:

    Please release, in full, the wages of the above-named debtor now being withheld by order of the United States Bankruptcy Court for the Northern District of Alabama. The debtor has successfully completed the Chapter 13 plan.

    Your cooperation in this matter has been of material assistance in the efforts of this Court to administer the debtor's plan to pay his or her debts.

                                        Very truly yours,


                                        /s/ Linda B. Gore

                                        Linda B. Gore
                                        Standing Trustee

LBG/ PS

cc:   Clerk, U.S. Bankruptcy Court
      LONNIE JASON VAUGHN
      CARLA HANDY ESQ