UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

In Re: §

LONNIE JASON VAUGHN § Case No. 15-41960
MELISSA PEEK VAUGHN    Chapter 13
§
Debtor(s).

## Notice Of Final Cure Payment

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Linda B. Gore, files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

Name of Creditor:   U.S. BANK TRUST NATIONAL ASSOC c/o SN Servicing Co Corp

_____

Final Cure Amount

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 5 | 4550 | $38,590.97 | $38,590.97 (Mortgage) | $38,590.97 |
| 5 | 4550 | $12,695.34 | $12,695.34 | $12,695.34 |
| 7 | 4550 | $ 4,890.77 | $ 4,890.77 (Arrearage) | $ 4,890.77 |

(Arrearage)

Total Amount Paid by Trustee                $56,177.08

_____

Monthly ongoing Mortgage Payment:

Mortgage is Paid:

__X__     Through the Chapter 13 Conduit          _____     Direct by the Debtor(s)

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322 (b)(5).The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.   The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).   Failure to notify may result in sanctions.

Prepared this the _20___day of __January____, 2021

<u>Certificate of Service</u>

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was mailed first class postage prepaid to the following:

LONNIE JASON VAUGHN
4533 MOUNT OAK ROAD
ARAB, AL   35016

MELISSA PEEK VAUGHN
4533 MOUNT OAK ROAD
ARAB, AL   35016

U.S. BANK TRUST NATIONAL ASSOICATION
c/o SN SERVICING CORPORATION
323 5ated STREET
EUREKA, CA 95501

MICHELLE R. GHIDOTTI-GONSALVES, Agent
U.S. BANK TRUST NATIONAL ASSOICATION
c/o SN SERVICING CORPORATION

323 5TH STREET

EUREKA, CA 95501

and served via electronic case management to:

CARLA HANDY, ESQ.
Attorney for Debtors
P BOX 948
Gadsden, AL   35902
btaylor@bondandbotes.com

On this the      20      day of January      2021.

                                                         /s/ Linda B. Gore
                                                  Linda B. Gore
                                                  Chapter 13 Trustee
                                                  P. O. Box 1338
                                                  Gadsden, AL 35902-1338
                                                  (256) 546-9262